UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 25-1129

D.V.R.,
    Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A078-967-999)

Present: BIBAS, PORTER, and BOVE, *Circuit Judges*

1. Petitioner's Motion to Amend Caption and Seal Recording and Transcript of Oral Argument Pursuant to L.A.R. 106.1.

        Respectfully,

        Clerk

## ORDER

The foregoing motion is **GRANTED IN PART**. The case caption shall be amended to replace D.V.R.'s full name with his initials. The recording of oral argument will be temporarily sealed for fourteen days following argument, during which time D.V.R. may move again to redact portions of the recording and any associated transcripts based on what is said at argument.

        By the Court,

        s/Stephanos Bibas
        Circuit Judge

Dated: January 15, 2026
Tmm/cc: Alexa S. Perlmutter, Esq.
      Serena Taj, Esq.
      Gerald M. Alexander, Esq.
      Danielle R. Strandburg-Peshkin, Esq